RECEIPT # 54231
AMOUNT $
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEEKS COMMUNICATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANDX, INC. and JOSEPH L. FLOOD <br><br> Defendants. | United States District Court <br><br> Civil Action No. <br><br> **04-10426 GAO** <br><br> MAGISTRATE JUDGE Collings <br><br> (Dukes Superior Court <br><br> Civil Action No. 2004-00010) |

## NOTICE OF REMOVAL OF CIVIL ACTION

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. § 1441 *et al.*, defendant ANDX, Inc. removes Civil Action No. 2004-00010 entitled *Feeks Communications, Inc., v. ANDX, Inc. and Joseph L. Flood,* currently pending in the Dukes Superior Court, Edgartown, Massachusetts, to the United States District Court for the District of Massachusetts. The grounds for this removal are as follows:

### BACKGROUND

1. In this lawsuit, Feeks Communications, Inc. ("Feeks") seeks to recover from ANDX, Inc. ("ANDX") and Joseph L. Flood ("Flood") sums of money allegedly owed for services rendered, expenses incurred and lost profits resulting from an alleged breach of contract by defendants. See Complaint at ¶ 1. Fish & Richardson P.C. represents defendant ANDX in this matter. It does not represent defendant Flood and is unaware of whether he has been served or is represented by counsel.

2. Upon information and belief, plaintiff Feeks is a duly organized and existing New York corporation with a principal office in Edgartown, Dukes County Massachusetts. See Complaint at ¶ 2.

3. Defendant ANDX is a Minnesota corporation having its registered office at 674 Arbogast Street, Shoreview, Minnesota.

4. Upon information and belief, defendant Flood is an individual who resides at 5212 Nelmark Avenue, NE, St. Michael, Minnesota. See Complaint at ¶ 4.

5. None of the defendants is a citizen of Massachusetts. 28 U.S.C. § 1441(b).

6. There is, on the face of the Complaint and to the best of ANDX's knowledge, information and belief, complete diversity of citizenship of the parties to this action. See Complaint at ¶¶ 2, 3 and 4.

7. There is, as alleged in the Complaint and to the best of ANDX's knowledge, information and belief, an amount in controversy that exceeds the sum or value of $75,000.00, exclusive of interest and cost. See Complaint at ¶¶ 12, 13, and 22 to 29.

8. For instance, plaintiff Feeks alleges that defendants breached an Agreement (attached as Exhibit A to the Complaint) with a term of at least one year, which requires minimum payments of $10,200.00 per month, plus all charges and expenses, and seeks $44,636.84 for services and expenses provided and not paid and *in excess of* $20,000.00 for lost profits. See Complaint at ¶¶ 12, 13, 21 and 23.

9. This Court has original jurisdiction of the subject matter of this action, as the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs and is between citizens of different States. U.S.C. § 1332(a)(1).

10. This Notice is being filed within thirty (30) days of the service of plaintiffs' Complaint pursuant to 28 U.S.C. § 1446(b).

11. True and correct copies of all process, pleadings and orders served upon defendant ANDX as of the time of the filing of this Notice of Removal, along with a certified copy of the docket sheet, are attached hereto as Exhibit 1, pursuant to 28 U.S.C. § 1446(a).

12. True and correct copies of a this Notice of Removal will be served upon plaintiffs' counsel and filed with the clerk of Dukes Superior Court, Edgartown, Massachusetts pursuant to 28 U.S.C. § 1446(d).

13. In filing this Notice of Removal, defendant ANDX does not waive any of its defenses available in this action.

WHEREFORE, defendant ANDX respectfully gives notice of the removal of this Civil Action from the Dukes Superior Court, Edgartown, Massachusetts to the United States District Court for the District of Massachusetts according to the foregoing legal authorities.

Respectfully submitted,

Dated: March 2, 2004

*/s/ Heidi E. Harvey*

Heidi E. Harvey (BBO #548114)
Christopher Centurelli (BBO #640974)
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Attorneys for Defendant ANDX, Inc.

## CERTIFICATE OF SERVICE

I certify that a true copy of this paper was served by First Class Mail on counsel for Plaintiff this 2nd day of March 2004.

*/s/ Christopher Centurelli*

Christopher Centurelli

20812237.doc