UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEEKS COMMUNICATIONS, INC. )<br>Plaintiff )<br>vs. )<br> )<br>ANDX, INC. and JOSEPH L. FLOOD )<br>Defendant )<br>_____) | DOCKET NO. 1:04-CV-10426-GAO |

PLAINTIFF'S MOTION TO REMAND

Plaintiff, Feeks Communications, Inc., hereby moves to remand this case to the Massachusetts Superior Court in Dukes County.

As reasons for its Motion, Plaintiff states the following:

1. On February 9, 2004, Plaintiff commenced this action by filing a Complaint in the Massachusetts Superior Court in Dukes County against ANDX, Inc. and Joseph L. Flood for damages for breach of contract and in quantum meruit; (A copy of the Complaint is appended hereto as Exhibit 1);

3. In its Complaint, Plaintiff alleges that it seeks damages in the amount of $44,636.84 for services rendered to and expenses incurred on behalf of Defendants which were not paid and damages for lost profits in an amount in excess of $20,000; (Exhibit 1, ¶ 23);

1

2. On February 14, 2004, service was made on Defendant, ANDX, Inc; (A copy of the summons with return of service is appended hereto as Exhibit 2);

3. On February 17, 2004, service was made on Defendant, Joseph L. Flood; (A copy of the summons with return of service is appended hereto as Exhibit 3);

4. On or about March 3, 2004, Defendant, ANDX, Inc. filed a Notice of Removal of Civil Action in this court alleging diversity of citizenship among all parties and an amount in controversy in excess of $75,000. (Notice of Removal of Civil Action ¶¶ 6 through 10);

5. Defendant, Joseph Flood has not filed a Notice of Removal of the action nor has said Defendant joined in or assented to the removal petition filed by Defendant, ANDX, Inc.;

6. As more fully discussed in Plaintiff's Memorandum of Law submitted herewith, it is well settled that all defendants who have been served and who are eligible to remove an action to federal court must timely file a removal petition or timely join in or assent to a removal petition filed by another defendant, and the failure of unanimity among defendants is grounds for remand;

7. Since Defendant, Joseph L. Flood has not filed a Notice of Removal nor joined in nor assented to the removal petition filed by Defendant, ANDX, Inc. within thirty days of service on him, this action should be remanded to the Massachusetts Superior Court in Dukes County;

REQUEST FOR ORAL ARGUMENT

Plaintiff hereby requests oral argument on Plaintiff's Motion to Remand.

                                              Plaintiff, Feeks Communications, Inc.
                                              by its Attorney

Dated: March 22, 2004

                                              Ellen B. Kaplan  BBO #258580
                                              KAPLAN & NICHOLS, P.C.
                                              63 Winter Street, P.O. Box 2198
                                              Edgartown, MA  02539
                                              (508) 627-3900

Certificate of Service

I, Ellen B. Kaplan, hereby certify I have this _22d_ day of March, 2004, served the foregoing Plaintiff's Motion to Remand on all Defendants by mailing copies thereof to Heidi E. Harvey, Christopher Centurelli and Denis Ticak, Fish & Richardson, P.C., 225 Franklin Street, Boston, MA 02110-2804, Attorneys for ANDX, Inc., and to Joseph L. Flood, 5212 Nelmark Avenue NE, St. Michael, MN 55376.

                                                Ellen B. Kaplan

F:\Data\SHARED\WP\Litigation\feeksmotionEBK.wpd