UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 MAR 29 P 12: 23

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FEEKS COMMUNICATIONS, INC. )<br>Plaintiff )<br>vs. )<br> )<br>ANDX, INC. and JOSEPH L. FLOOD )<br>Defendant )<br>) | DOCKET NO. 1:04-CV-10426-GAO |

MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF'S MOTION TO REMAND

This is a breach of contract action which was originally commenced in the Massachusetts Superior Court in Dukes County and removed to this court by Defendant, ANDX, Inc. pursuant to 28 U.S.C. §§ 1332(a)(1) and 1446(b) on the grounds that there is complete diversity of citizenship and the amount in controversy exceeds $75,000. Plaintiff moves to remand the case for the reason that Defendant Joseph L. Flood did not timely file a notice of removal or timely join in or assent to the removal petition filed by Defendant, ANDX, Inc.

FACTS

1. On February 9, 2004, Plaintiff commenced this action by filing a Complaint in the Massachusetts Superior Court in Dukes County against ANDX, Inc. and Joseph L. Flood damages for breach of contract and in quantum meruit;

2. On February 14, 2004, service was made on Defendant, ANDX, Inc;

3. On February 17, 2004, service was made on Defendant, Joseph L. Flood;

1

4. On or about March 3, 2004, Defendant, ANDX, Inc. filed a Notice of Removal of Civil Action in this court alleging diversity of citizenship among all parties to this action and an amount in controversy in excess of $75,000.

5. As of this date, which is more than thirty days from the date of service on him, Defendant, Joseph L. Flood has not filed a Notice of Removal of the action nor has said Defendant joined in or assented to the removal petition filed by Defendant, ANDX, Inc.

## ARGUMENT

The federal removal statute, 28 U.S.C. § 1446(a) and (b), provides that, to remove a state court action to federal court, a defendant wishing to remove the action must file in the federal district court a notice of removal within thirty days after receipt of the initial pleading or service of process. The removal statute is strictly construed. Danca v. Private Healthcare Systems, Inc., 185 F.3d 1, 4 (1st Cir. 1999); Murphy v. Newell Operating Company, 245 F. Supp. 2d 316, 318 (2003). In cases involving multiple defendants, all defendants who have been served must join or assent in the removal petition. Garside v. Osco Drug, Inc., 702 F. Supp. 19, 21 (D. Mass. 1988). This rule of unanimity requires that all defendants file their notices of removal or consent to removal clearly and unambiguously within thirty days of being served and, in effect, the rule gives each defendant a veto over removal. Garside v. Osco Drug, Inc., supra; Sansone v. Morton Machine Works, Inc., 188 F. Supp. 2d 182, 184 (D.R.I. 2002). The failure of unanimous consent to removal constitutes a 'defect in removal procedure' and is grounds for remand." Sansone v. Morton Machine Works, Inc., supra, quoting from F. D. I. C. v. Lloyd, 955 F. 2d 316, 320 (5th Cir. 1992).

Defendant, Joseph L. Flood, the last served defendant, has not filed a Notice of Removal nor has he joined in or clearly and unambiguously indicated to the court his assent to the removal petition filed by Defendant, ANDX, Inc. within thirty days of service on him. Since Flood did not timely consent to removal, the requirement of unanimity among defendants has not been met, and the removal by Defendant, ANDX, Inc. is invalid.

## CONCLUSION

For the reasons stated above, this case should be remanded to the Massachusetts Superior Court in Dukes County.

Dated: March 22, 2004

Plaintiff, Feeks Communications, Inc.
by its Attorney

Ellen B. Kaplan
KAPLAN & NICHOLS, P.C.
63 Winter Street
P.O. Box 2198
Edgartown, MA 02539
(508) 627-3900
BBO No. 258580

Certificate of Service

I, Ellen B. Kaplan, hereby certify I have this ____ day of March, 2004, served the foregoing Memorandum of Law in Support of Plaintiff's Motion to Remand on all Defendants by mailing copies thereof to Heidi E. Harvey, Christopher Centurelli and Denis Ticak, Fish & Richardson, P.C., 225 Franklin Street, Boston, MA 02110-2804, Attorneys for ANDX, Inc., and to Joseph L. Flood, 5212 Nelmark Avenue NE, St. Michael, MN 55376.

Ellen B. Kaplan

F:\Data\SHARED\WP\Litigation\feeksmemorandumEBK.wpd