UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 MAR 29 P 12: 23

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FEEKS COMMUNICATIONS, INC.<br>Plaintiff<br><br>vs.<br><br>ANDX, INC. and JOSEPH L. FLOOD<br>Defendant | DOCKET NO. 1:04-CV-10426-GAO |

PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Ellen B. Kaplan, Attorney for Plaintiff, hereby certify that on March 19, 2004 and March 22, 2004, I discussed in telephone conversations with Denis Ticak, Fish & Richardson, P.C., Attorney for Defendant, ANDX, Inc., Plaintiff's intention to file a Motion to Remand the above action to the Massachusetts Superior Court for Dukes County for the reasons stated in the Motion. We were unable to reach any resolution of the issues raised in the Motion.

Dated: March 22, 2004

_____
Ellen B. Kaplan

Certificate of Service

I, Ellen B. Kaplan, hereby certify I have this _22d_ day of March, 2004, served the foregoing Plaintiff's Certification Pursuant to Local Rule 7.1 on all Defendants by mailing copies thereof to Heidi E. Harvey, Christopher Centurelli and Denis Ticak, Fish & Richardson, P.C., 225 Franklin Street, Boston, MA 02110-2804, Attorneys for ANDX, Inc., and to Joseph L. Flood, 5212 Nelmark Avenue NE, St. Michael, MN 55376.

Ellen B. Kaplan

F:\Data\SHARED\WP\Litigation\feekscertificationEBK.wpd