UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEEKS COMMUNICATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANDX, INC. and JOSEPH L. FLOOD <br><br> Defendants. | United States District Court <br><br> Civil Action No. 04-10426 (GAO) |

### ASSENTED-TO MOTION TO EXTEND THE DEADLINE FOR DEFENDANT ANDX TO OPPOSE PLAINITFF FEEK'S MOTION TO REMAND

Defendant ANDX, Inc. ("ANDX") hereby requests that the Court extend the deadline for it to oppose Plaintiff Feeks Communications, Inc. ("Feeks") Motion to Remand from today, April 5, 2004 until Friday, April 9, 2004. ANDX requests that this motion be granted so that it may have an opportunity to review its Opposition with counsel. Plaintiff Feeks assents to the allowance of this motion. Wherefore, ANDX respectfully requests that the Court grant this motion.

Statement Pursuant to Local Rule 7.1

I, Denis Ticak, Attorney for Defendant ANDX hereby certify that on April 5, 2004, I discussed this motion with Gail M. Barmakian, Kaplan & Nichols, P.C., Attorney for Plaintiff Feeks via telephone. Ms. Barmakian agreed to ANDX's

request to have until Friday April 9, 2004 to file its Opposition to Plaintiff's Motion to Remand.

Respectfully submitted,

Dated: April 5, 2004

Heidi E. Harvey (BBO #548114)
Christopher Centurelli (BBO #640974)
Denis Ticak (BBO #656536)
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Attorneys for Defendant ANDX, Inc.

## CERTIFICATE OF SERVICE

I certify that a true copy of this paper was served by First Class Mail on counsel for Plaintiff Feeks Communication and Defendant Joseph L. Flood this 5th day of April, 2004.

Denis Ticak